## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD SALINAS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. SA-18-CV-920-XR |
| | § | |
| METLIFE AUTO AND HOME | § | |
| INSURANCE AGENCY INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## REMAND ORDER

On this date, the Court considered the Joint Rule 26(f) conference report filed by the parties. Docket no. 11. Therein, the parties state,

> The parties agree that the amount in controversy does not exceed $75,000.00 and that the case should be remanded back to state court as the only cause of action currently pending is a breach of contract claim which is limited to the amount of the insurance policy. Upon remand, Plaintiff agrees that he will not seek to recover damage in excess of $74,999.99.

Accordingly, the Court finds that the amount in controversy does not exceed $75,000 and that it therefore lacks subject matter jurisdiction. This case is REMANDED pursuant to 28 U.S.C. § 1447(c) and (d), and the Clerk is directed to CLOSE this case.

It is so ORDERED.

SIGNED this 10th day of October, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE